PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>2:19CR02286-002 |  |
|---|---|---|
|  | DOCKET NUMBER (*Rec. Court*): |  |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Chrisla Durrett-Mixon**<br>McAlester, Oklahoma | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Corpus Christi |
|  | NAME OF SENTENCING JUDGE:<br>Honorable Nelva Gonzales Ramos | |
|  | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>07/30/2021 | To:<br>07/29/2024 |

OFFENSE:

Conspiracy to Transport An Undocumented Alien

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Corpus Christi Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 4, 2022                                             *[signature: Nelva Gonzales Ramos]*

Date                                                     Honorable Nelva Gonzales Ramos

                                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Eastern District of Oklahoma:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                         *United States District Judge*