

United States District Court
Southern District of Texas
Houston Division

**CLERK OF COURT**

April 6, 2022

United States District Court Clerk's Office

USDC – Eastern District of Oklahoma
101 North 5th Street, Room 208
Muskogee, OK 74401

Re:   Our case No. 2:19-CR-2286-2 Chrisla Durrett-Mixon

Dear Clerk,

Enclosed is an original Rule 20 Consent to Transfer for Plea and Sentence as well as certified copies of the Indictment and docket sheet for the above referenced case. The case file can be accessed through the Electronic Case Filing / PACER System for the Southern District of Texas at:

https://ecf.txsd.uscourts.gov/

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to the Southern District of Texas in the enclosed envelope.

Sincerely,
CLERK OF COURT
Frenchie Carbia
Deputy Clerk

---

RECEIPT

Received and filed under

Criminal No. _____

Date: _____

By: _____